Kathleen M. Kerekes, SBN 216106
E-Mail: kathleen.kerekes@bullivant.com
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California  95814
Telephone: 916.930.2500
Facsimile: 916.930.2501

Attorneys for Defendants DR. HAROLD DAWLEY, JR.; WELLNESS INSTITUTE/SELF-HELP BOOKS, LLC; WELLNESS INSTITUTE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERESA WILLIAMS, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. HAROLD DAWLEY, JR., an individual; WELLNESS INSTITUTE/SELF-HELP BOOKS, LLC and WELLNESS INSTITUTE, INC.,<br><br>　　　　　　Defendants. | Case No.: 2:08-CV-00799-FCD-EFB<br><br>**STIPULATION TO ALLOW DOCUMENT SUBPOENAS DIRECTED TO AMAZON.COM, AUTHORHOUSE.COM AND LIGHTENINGSOURCE.COM TO PROCEED WITH RESERVATION OF RIGHTS; PROPOSED ORDER** |

　　Plaintiff, TERESA WILLIAMS, by and through her counsel, Deborah Barron, and Defendants DR. HAROLD DAWLEY, JR., et al., by and through their counsel, Kathleen M. Kerekes, hereby stipulate as follows:

　　The parties agree that Plaintiff will immediately cause to be issued the subpoenas duces tecum attached hereto as Exhibits A-C and directed to Amazon.com, AuthorHouse.com and LighteningSource.com to ascertain the number of BOOKS (the term BOOK shall refer to '*She Must Like It*' ISBN 1587410532) sold between January 1999 through the present, and revenue generated by the sale of the BOOK between January 1999 through the present, and royalties paid and to whom the royalties were paid between January 1999 through the present.

///

1  The parties further agree that the execution of this Stipulation does not waive
2  Defendants' right to oppose personal jurisdiction and/or any other jurisdictional challenges
3  and/or any other rights and/or remedies available to Defendants. Nor does this stipulation waive
4  any objections the subpoenaed third parties may have to the subpoenas.

DATED: July 7, 2008          BULLIVANT HOUSER BAILEY PC

By    / S/    /
Kathleen M. Kerekes
Attorneys for Defendants DR. HAROLD
DAWLEY, JR.; WELLNESS
INSTITUTE/SELF-HELP BOOKS, LLC;
WELLNESS INSTITUTE, INC.

DATED: July 7, 2008          LAW OFFICES OF DEBORAH BARRON

By    / S/    /
Deborah Barron
Attorneys for Plaintiff TERESA WILLIAMS

**ORDER**

IT IS SO ORDERED.

DATED: July 11, 2008

_____
HONORABLE EDMUND F. BRENNAN
Magistrate Judge

# PROOF OF SERVICE

*WILLIAMS v. DAWLEY, ET AL.*
USDC EDC., CASE NO. 2:08-CV-00799-FCD-EFB

    I am a citizen of the United States and am employed in Sacramento County, where this mailing occurs. My business address is 1415 L Street, Suite 1000, Sacramento, California 95814. I am over the age of 18 years and not a party to the within cause.

    On July 8, 2008, following ordinary business practice, I served the foregoing document(s) described as:

**STIPULATION TO ALLOW DOCUMENT SUBPOENAS DIRECTED TO AMAZON.COM, AUTHORHOUSE.COM, AND LIGHTINGSOURCE.COM TO PROCEED WITH RESERVATION OF RIGHTS; PROPOSED ORDER**

in the following manner, by placing a true copy/true copies thereof in a sealed envelope/sealed envelopes, addressed as follows:

| | |
|---|---|
| **Attorney for Plaintiff**<br>Deborah Barron<br>Law Offices of Deborah Barron<br>1900 Point West Way, Suite 200<br>Sacramento, CA 95815<br>PH: (916) 486-1712<br>FAX: (916) 927-5524 | |

____    (**BY MAIL**) I caused such envelope(s) **NOTED ABOVE** with First Class postage thereon fully prepaid to be placed in the U.S. Mail in Sacramento, California. I am readily familiar with my employer's normal business practice for collection and processing of correspondence and other material for mailing with the United States Postal Service, and that practice is that said material is deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than 1 day after date of deposit for mailing in affidavit.

____    (**BY PERSONAL SERVICE**) I caused such envelope(s) **NOTED ABOVE** to be hand-delivered by an authorized attorney messenger service, this date to the offices of the addressee(s).

  XXX    **BY EMAIL – ESERVICE** I caused to be served upon each party via (1) their above email address; (2) through Lexis-Nexis Serve and File, or (3) through the court's electronic court filing system.

    (**Federal**) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    Executed on July 8, 2008, at Sacramento, California.

                              / S/
                              Kris E. McBride