IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA WILLIAMS,<br>an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>HAROLD DAWLEY, JR., an<br>individual, WELLNESS INSTITUTE/<br>SELF-HELP BOOKS. LLC, and<br>WELLNESS INSTITUTE, INC.,<br><br>            Defendants.<br>_____/ | No. CIV S-08-0799 FCD EFB PS<br><br><br><br><br>ORDER AND<br>ORDER TO SHOW CAUSE |

      Plaintiff is proceeding *pro se* in this action, which was referred to the undersigned pursuant to E. D. Cal. L. R. ("Local Rule") 72-302(c)(21). On September 15, 2008, defendant filed an amended motion to dismiss or transfer this action, and noticed the matter for hearing on October 29, 2008, before the undersigned.

      Local Rule 78-230(c) provides that opposition to the granting of a motion, or a statement of non-opposition thereto, must be filed fourteen days preceding the noticed hearing date. Court records reflect that plaintiff has filed neither an opposition or statement of non-opposition to the motion. Local Rule 78-230(c) further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by

that party."

Local Rule 83-183, governing persons appearing *in propria persona*, provides that failure to comply with the Federal Rules and Local Rules may be ground for dismissal, judgment by default, or other appropriate sanction. "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). *Pro se* litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of October 29, 2008, is vacated. Hearing on defendant's motion is continued to November 19, 2008, at 11:00 a.m., in Courtroom No. 25.

2. Plaintiff shall show cause, in writing, no later than November 5, 2008, why sanctions should not be imposed for failure timely to file an opposition or a statement of non-opposition to the pending motion.

3. Plaintiff is directed to file an opposition, if any, to the motion, or a statement of non-opposition thereto, no later than November 5, 2008. Failure to file an opposition and appear at hearing will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed.

SO ORDERED.

DATED: October 27, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE